| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO, CSBN 44332<br>    United States Attorney | *E-FILED 2/28/08* |
| 2  JOANN M. SWANSON, CSBN 88143<br>    Assistant United States Attorney | |
| 3  Chief, Civil Division<br>    ILA C. DEISS, NY SBN 3052909 | |
| 4  Assistant United States Attorney | |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NA LIN, | ) | |
| | ) | No. C 08-0686 RS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' CONSENT TO MAGISTRATE** |
| | ) | **JURISDICTION AND STIPULATION TO** |
| MICHAEL CHERTOFF, Secretary of the | ) | **DISMISS; [PROPOSED] ORDER** |
| Department of Homeland Security; | ) | |
| ROBERT S. MUELLER, Director of | ) | |
| Federal Bureau of Investigations, | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Additionally, the parties hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agree to adjudicate such application within 30 days of the dismissal of this action.

///

///

Stipulated Dismissal
C08-0686 RS                                                              1

1  Each of the parties shall bear their own costs and fees.

2  Dated: February 25, 2008                     Respectfully submitted,

3                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney

4

5                                                       /s/
                                                 _____
6                                                ILA C. DEISS[1]
                                                 Assistant United States Attorney

7  Dated: February 25, 2008

8                                                       /s/
                                                 _____
                                                 JUSTIN X. WANG
                                                 Attorney for Plaintiff
9

10                              **ORDER**

11  Pursuant to stipulation, IT IS SO ORDERED.

12

13  Date:   February 28, 2008                   _____
                                                 RICHARD SEEBORG
14                                               United States Magistrate Judge

---

27  [1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

28

Stipulated Dismissal
C08-0686 RS                                      2